IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG COOK, | No. CIV S-08-1860-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| _____/ | |

    Plaintiff, proceeding in pro per, brings this civil action against the defendant for damages and tax refund. Pending before the court is defendant's motion for a second extension of time to file a response to plaintiff's complaint (Doc. 10).

    Defendant was previously granted an extension of time, up to and including December 1, 2008, in which to respond to plaintiff's complaint. Defendant now seeks an additional 30 days to file the response. Defendant indicates that the issues raised in this case may be barred by collateral estoppel and is requesting additional time to properly assess the effect of a Tax Court decision on this case. Defendant is also requesting the scheduling conference, currently set for January 7, 2009, be continued in order for the court to properly deal with this issue prior to discovery being opened. This request will be granted. The parties are reminded

that they are required to submit to the court, and serve the other parties, a status report no later than seven days prior to the scheduling conference.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request for additional time to respond to the complaint is granted;

2. Defendant has up to and including December 31, 2008 to file a response to the complaint;

3. The Scheduling Conference, currently set for January 7, 2009, is continued to March 5, 2009 at 10:00 a.m. before the undersigned in Redding, California.

DATED: December 1, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE