# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG COOK,  No. CIV S-08-1860-FCD-CMK

    Plaintiff,

  vs.  ORDER

UNITED STATES OF AMERICA,

    Defendant.

_____/

    Plaintiff, proceeding in pro per, brings this civil action against the defendant for damages and tax refund. An initial status/scheduling conference was held in this matter on March 5, 2009, at 10:00 a.m. before the undersigned. Plaintiff Craig Cook appeared pro se. Department of Justice Attorney Henry Darmstadter appeared for defendant(s). All parties appeared telephonically.

    Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

    1.    Initial disclosures shall be exchanged no later than March 30, 2009;

    2.    The parties shall exchange lists of expert witnesses no later than June 8, 2009. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when

required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

      3.     Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by August 17, 2009;

      4.     All other pre-trial motions, including dispositive motions, shall be noticed to be heard by October 29, 2009[1];

      5.     The pre-trial conference is set for January 22, 2010, at 2:00 p.m. in courtroom 2 before the Honorable Frank C. Damrell, Jr. Separate pre-trial statements shall be filed pursuant to Local Rule 16-281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

      6.     Jury trial of this matter is set for March 16, 2010, at 9:00 a.m. in courtroom 2 before the Honorable Frank C. Damrell, Jr. . The parties shall file trial briefs pursuant to Local Rule 16-285.

      IT IS SO ORDERED.

DATED: March 5, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] The court indicated at the scheduling conference that the deadline regarding pre-trial motions is for the filing of such motions. However, it is this court's normal practice to set a deadline for such motions to be heard by that deadline. In addition, due to a calendaring error, the court resets the pre-trial motions deadline from October 19, 2009 to October 29, 2009. This order clarifies that the pre-trial motions deadline is for any such motions to be <u>heard</u> by October 29, 2009.