IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG COOK,                                               No. CIV S-08-1860-FCD-CMK

        Plaintiff,

   vs.                                                              ORDER

UNITED STATES OF AMERICA,

        Defendant.

_____/

        Plaintiff, proceeding in pro per, brings this civil action against the defendant for damages and tax refund. Pending before the court is Plaintiff's motion to dismiss Defendant's counterclaim (Doc. 20), on calendar for oral argument on July 9, 2009.

        In both is motion and his reply, Plaintiff states he is waiving his right to oral argument. Defendant does not appear to oppose vacating the hearing, but the parties have not entered into a stipulation to have the motion submitted without oral argument. However, even absent a stipulation, the Court may order the motion submitted, "subject to the power of the Court to reopen the matter for further briefs or oral argument or both." Local Rule 78-230(h). As Plaintiff does not wish to be heard in this matter, the court finds it appropriate to submit the motion upon the record and briefs and vacate the hearing.

1  Accordingly, and pursuant to Local Rule 78-230(h), the hearing scheduled for
2  July 9, 2009, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off
3  calendar and the matter is submitted on the record and briefs.
4  IT IS SO ORDERED.

 DATED: July 2, 2009

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2